```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

NITISH CHANDRA DAS,

              Plaintiff,

         22-cv-4589 (JGK)

    - against –

         ORDER

ACROPOL REST CORP., et al.,

              Defendant.

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The time to respond to the complaint is extended to **September 23, 2022.** If the defendants fail to respond by **September 23, 2022,** the plaintiff may move by order to show cause for a default judgment against the defendants. The conference scheduled for **September 8, 2022** is **canceled.**

**SO ORDERED.**

Dated:    New York, New York
           September 2, 2022

                                      /s/ John G. Koeltl
                                         John G. Koeltl
                                United States District Judge