USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nitish Chandra Das,

          Plaintiff,

-against-

Acropol Rest. Corp. et al.,

          Defendants.

1:22-cv-04589 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    This case contains claims under the Fair Labor Standards Act. On September 16, 2022, the parties filed a Notice of Settlement apprising the Court that they had reached a settlement on all issues. (Notice of Settlement, ECF No. 19.) On September 19, 2022, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (9/19/2022 Order, ECF No. 21.) On September 23, 2022, the Court entered an Order directing the parties to provide a copy of the settlement agreement to the Court together with a letter explaining why the settlement, including any provision for attorney's fees and costs, is fair, reasonable and adequate under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). (*See* 9/23/2022 Order, ECF No. 23.)

    On October 28, 2022, the parties submitted their proposed settlement agreement and related papers. (Settlement Agmt., ECF No. 28.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable, given both the nature and scope of Plaintiff's individual claims as well as the risks and expenses involved in additional litigation. *See Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012).

In addition, Plaintiff seeks approval of $2,507.00 in attorney's fees, which is one-third of the total settlement amount after costs, and $477.00 in costs. (*See* ECF No. 28 at 3; *see also id.* at 4 (calculating lodestar of $4,406.25); ECF No. 28-3 (costs); ECF No. 28-4 (time records).) Courts in this Circuit typically approve attorneys' fees in the amount of one-third of the total recovery. *See, e.g., Ramos v. DNC Food Serv. Corp.*, No. 19-CV-02967 (VSB), 2022 WL 576300, at *2 (S.D.N.Y. Feb. 25, 2022) (citing cases). "Additionally, courts regularly award lodestar multipliers from two to six times lodestar." *Id*. (internal alterations and quotations omitted). Accordingly, the Court finds that the requested attorney's fees are fair and reasonable. In reaching this conclusion, the Court makes no findings with respect to the reasonableness of counsel's hourly rates.

For these reasons, the Court approves the settlement. This action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

Dated:   New York, New York
        November 1, 2022

_____
STEWART D. AARON
United States Magistrate Judge